No. 76–1452.  LOCKEWILL, INC. *v.* UNITED STATES SHOE CORP. ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 76–1485.  BIGELOW *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 76–1534.  MOBILE HOME CITY OF CHATTANOOGA, INC., ET AL. *v.* HAMILTON COUNTY.  Ct. App. Tenn.  Certiorari denied.

No. 76–1569.  ABEL ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 76–1603.  MENDOZA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–6251.  FLAMMIA *v.* UNITED STATES; and
No. 76–6256.  COLLINS *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 76–6252.  SANDERS *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 76–6267.  CORPUS *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.

No. 76–6297.  LOVELL *v.* FEDERAL DEPOSIT INSURANCE CORP. ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 76–6318.  NEWKIRK, AKA SMITH *v.* MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 76–6335.  WALLSCHLEGER *v.* MARYLAND.  Ct. Sp. App. Md.  Certiorari denied.

No. 76–6382.  GREENIDGE *v.* GOVERNMENT OF THE VIRGIN ISLANDS.  C. A. 3d Cir.  Certiorari denied.